# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| NEXT LIGHTING CORP., <br><br> Plaintiff, <br><br> v. <br><br> ACUITY BRANDS LIGHTING, INC., <br><br> Defendant. | § § § § § § § § § § § § § Civ. Action. No. 3:19-cv-00651 <br><br> **JURY TRIAL DEMANDED** |

## DEFENDANT ACUITY BRANDS LIGHTING, INC.'S
## CERTIFICATE OF INTERESTED PERSONS

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2, Defendant Acuity Brands Lighting, Inc. makes the following disclosure:

1. For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock:

   - Acuity Brands Lighting, Inc. is a wholly-owned subsidiary of Acuity Brands, Inc., which is a publicly held corporation. Acuity Brands, Inc. is the only publicly held corporation that owns 10% or more of Acuity Brands Lighting, Inc.

2. A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:

   - Acuity Brands Lighting, Inc.; and
   - Acuity Brands, Inc.

Dated: May 23, 2019 Respectfully submitted,

By: */s/ Gilbert A. Greene*
Gilbert A. Greene
State Bar No. 24045976
DUANE MORRIS LLP
Las Cimas IV
900 S. Capital of Texas Highway, Suite 300
Austin, TX 78746
Telephone:  512-277-2246
Facsimile:  512-277-2301
bgreene@duanemorris.com


Matthew S. Yungwirth, Esq. (*pro hac vice* to be filed)
DUANE MORRIS LLP
1075 Peachtree Street NE, Suite 2000
Atlanta, GA  30309-3929
Telephone:  404-253-6935
Facsimile:  404-759-2353
msyungwirth@duanemorris.com

*Counsel for Defendant*
*Acuity Brands Lighting, Inc.*

## **CERTIFICATE OF SERVICE**

I certify that on May 23, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Gilbert A. Greene*
Gilbert A. Greene
